**Firm of Dennis M. Breen III, PLC**
6818 North Oracle Road
Suite 420
Tucson, Arizona 85704-4261
(520) 742-0808
dennis@tucsonbusinesslaw.com

State Bar No.: 005309
Attorney for the Plaintiff

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| BRUCE NARRAMORE, a single man | Case No.: 09-CV-635-TUC-CKJ |
| Plaintiff, | |
| vs. | Hon: Cindy K Jorgenson |
| HSBC BANK USA, N.A., AS INDENTURED TRUSTEE FOR THE REGISTERED NOTEHOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-2, its successors and/or assigns; OCWEN LOAN SERVICING LLC, a Florida Corporation; and CAL-WESTERN RECONVEYANCE CORPORATION a California corporation | [Removal from Superior Court of Arizona County of Pima C20098191] |
| | **JOINT SETTLEMENT STATUS REPORT TO COURT** |
| Defendant(s) | |

        Counsel having met and conferred provide this Joint Settlement Status Report to the

Court:

        The Parties are continuing to engage in good faith settlement talks throughout this

        litigation.

Complaint - 1

1

2    Dated this December 15, 2010.

3

4    HOUSER & ALLISON                      FIRM OF DENNIS M. BREEN III, PLC

5

6    By:_____/s/_____ By:_____/s/_____
7              Christopher R. Blevins, Esq.        Dennis M. Breen III, Esq.
             Attorney for Defendants             Attorney for Plaintiff

8

9    **ORIGINAL** filed electronically
10   With the Clerk's Office this same date
     With **COPIES** to be delivered via
11   US Mail to the following:

12   Robert W. Norman, Esq
13   Christopher R. Blevins, Esq.
     HOUSER & ALLISON
14   A Professional Corporation
     9970 Research Drive
15   Irvine, CA 92618
16   Attorney for Defendants

17   _____
     Dennis M. Breen, III Esq.
18

19

20

21

22

23

24

25

26

27

28